THE HON. RICARDO S. MARTINEZ
TRIAL DATE: 04/10/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDALIS ARESTAD, <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendant. | No. 2:22-cv-00175 RSM <br><br> STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR DISCLOSURE OF EXPERT OPINIONS <br><br> NOTE ON MOTION CALENDAR: OCTOBER 13, 2022 |

## I. STIPULATION

Plaintiff Idalis Arestad and Defendant Liberty Mutual Fire Insurance Company, by and through their counsel, hereby stipulate pursuant to this Court's Order Setting Trial Date and Related Deadlines (Dkt. #8), to extend the deadline for disclosure of expert testimony under FRCP 26(a)(2) from October 13, 2022, to November 3, 2022.

There is good cause for the requested extension because the parties are still working to collect all of the relevant medical records from Plaintiff's providers so those records can be reviewed by the parties' medical experts and their experts can finalize their opinions. The requested extension is narrow and targeted, and the parties are not requesting any adjustment of other deadlines or the trial date set by the Court.



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1    Counsel of record hereby confirm the content of the Stipulation as stated herein is

2    acceptable to Plaintiff Idalis Arestad and to Defendant Liberty Mutual Fire Insurance Company.

3         DATED this 13th day of October 2022.

4    By    *s/ Brian J. Hansford*

5         John M. Silk, WSBA #15035
          Brian J. Hansford, WSBA #47380
6         WILSON SMITH COCHRAN DICKERSON
          1000 Second Ave., Ste. 2050
7         Seattle, WA 98104
          Tel: 206-623-4100
8         Email: silk@wscd.com; hansford@wscd.com
          *Attorneys for Defendant*
9

10

11   By    */s/Tom Lester*

          Tom Lester, WSBA #15814
12        LESTER & ASSOCIATES, P.S., INC.
          119 N. Commercial St., Ste. 150
13        Bellingham, WA 98225
          Tel: 360-733-5774
14        Email: tom@lesterandassociates.com
          *Attorney for Plaintiff*
15

16

17                      **II.  ORDER**

18        Based on the foregoing stipulation, IT IS SO ORDERED on this 17th day of October,

19   2022.

20

21   

22        RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE
23

24

25

26

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273