THE HON. RICARDO S. MARTINEZ
TRIAL DATE: 04/10/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDALIS ARESTAD,<br><br>                               Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                               Defendant. | No. 2:22-cv-00175 RSM<br><br>STIPULATED MOTION AND ORDER FOR MODIFICATION OF DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT MOTION<br><br>NOTE ON MOTION CALENDAR:<br>January __, 2023 |

## I.  STIPULATION

Plaintiff Idalis Arestad and Defendant Liberty Mutual Fire Insurance Company, by and through their counsel, stipulate and move the Court to modify the noting date and the deadlines for responsive briefing in connection with Defendants' Partial Summary Judgment Motion: Noting date from February 3, 2023, to February 17, 2023, deadline for any response from January 30, 2023, to February 13, 2023, and deadline for any reply from February 3, 2023, to February 17, 2023. There is good cause for the requested adjustment of the noting date for Defendant's Partial Summary Judgment Motion and the related briefing deadlines because the parties wish to avoid incurring additional litigation costs ahead of their scheduled mediation on February 7, 2023.

---

STIPULATED MOTION AND ORDER FOR MODIFICATION OF DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT MOTION
(Cause No. 2:22-cv-00175 RSM) – 1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Counsel of record hereby confirm the content of the Stipulation as stated herein is acceptable to Plaintiff Idalis Arestad and to Defendant Liberty Mutual Fire Insurance Company.

DATED this ___ day of January 23, 2023.

WILSON SMITH COCHRAN DICKERSON

By_____
John M. Silk, WSBA # 15035
Brian J. Hansford, WSBA # 47380
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Tel: 206-623-4100
Email: silk@wscd.com; hansford@wscd.com
of Attorneys for Defendant

LESTER & ASSOCIATES, P.S., INC.

By_____
Tom Lester, WSBA # 15814
119 N. Commercial St., Suite 150
Bellingham, WA 98225
Tel:  360-733-5774
Email:   tom@lesterandassociates.com
of Attorneys for Plaintiff

## II.  ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

DATED this 25th day of January, 2023.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR MODIFICATION OF DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT MOTION (Cause No. 2:22-cv-00175 RSM) – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273