THE HON. RICARDO S. MARTINEZ
TRIAL DATE: 04/10/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDALIS ARESTAD,<br><br>                          Plaintiff,<br><br>         vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                          Defendant. | No. 2:22-cv-00175 RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTED FOR: 02/28/2023 |

## STIPULATION

IT IS HEREBY STIPULATED by the parties hereto that all claims in this action shall be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this 28th day of February, 2023.

          *s/ Tom Lester* (per electronic authorization)
          Tom Lester, WSBA# 15814
          Lester & Associates, P.S., Inc.
          119 N. Commercial St., Suite 175
          Bellingham, WA 98225
          360-733-5774 T | 360-733-5785
          tom@lesterandassociates.com
          Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:22-cv-00175 RSM) – 1
JMS1379.931/4366401X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*s/ John M. Silk*
John M. Silk, WSBA No. 15035
Wilson Smith Cochran Dickerson
1000 Second Ave., Suite 2050
Seattle, WA 98104
(206) 623-4100 T | (206) 623-9273 F
silk@wscd.com
Attorneys for Defendant

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this 2nd day of March, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:22-cv-00175 RSM) – 2
JMS1379.931/4366401X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

<u>Attorney for Plaintiff</u>
Tom Lester
Lester & Associates, P.S., Inc.
119 N. Commercial St., Suite 175
Bellingham, WA 98225

tom@lesterandassociates.com; sherri@lesterandassociates.com

**SIGNED** this 28th day of February, 2023, at Seattle, Washington.

                                        *s/ Traci Jay*
                                        Traci Jay

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:22-cv-00175 RSM) – 3
JMS1379.931/4366401X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273